IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BOBBY WAYNE PACK,** <br> TDCJ No. 1211617, <br><br> Plaintiff, <br><br> v. <br><br> **BRYAN COLLIER,** Executive Director, <br> Texas Department of Criminal Justice, <br> *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 7:20-cv-00157-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motion to Dismiss (ECF No. 35) is **GRANTED**. Pack's claims seeking damages from Defendants employed by the Texas Department of Criminal Justice sued in their official capacities are **DISMISSED** without prejudice, and his claims against Bryan Collier, James Smith, Cody Miller, Mary Ballard, Linda Miller, and Charlotte Richey are **DISMISSED** with prejudice.

**SO ORDERED** this 4th day of April, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE