IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BOBBY WAYNE PACK,<br>TDCJ No. 1211617,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN COLLIER, Executive Director,<br>Texas Department of Criminal Justice,<br>*et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:20-cv-00157-M-BP |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motion to Dismiss (ECF No. 50) is **GRANTED**, and Plaintiff Bobby Wayne Pack's claims against Defendants Bryce Bates and Joseph Turner are **DISMISSED** with prejudice.

**SO ORDERED** this 31st day of August, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE