IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BOBBY WAYNE PACK,** <br> TDCJ No. 1211617, <br><br> Plaintiff, <br><br> v. <br><br> **BRYAN COLLIER,** *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | <br><br><br><br><br> Civil Action No. 7:20-cv-000157-M-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that Defendants Rodriguez, Barry (incorrectly named Barry in the Complaint), and Byrd's Motion for Summary Judgment (ECF No. 73) is **GRANTED**. Plaintiff's claims against Defendant Byrd are **DISMISSED without prejudice**, and his claims against Defendants Rodriguez and Barry are **DISMISSED with prejudice**.

**SO ORDERED** on this 6th day of February, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE